UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS NOMMENSEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 1:16-cv-1442--BAM<br><br>**ORDER GRANTING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS**<br><br>**ORDER DIRECTING CLERK TO ISSUE SUMMONS AND NEW CASE DOCUMENTS**<br><br>**ORDER DIRECTING PLAINTIFF TO RETURN USM FORMS TO CLERK'S OFFICE** |

　　　　Plaintiff Michael Nommensen filed a complaint on September 28, 2016, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. In his original application, Plaintiff failed to include all of his household income information.  Therefore, the Court ordered Plaintiff to file a long form application. On October 21, 2016, Plaintiff filed the long form application to proceed in forma pauperis. Plaintiff's application has made the showing required by section 1915(a), and accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

　　　　Accordingly, IT IS HEREBY ORDERED THAT:

　　1.　　Plaintiff's application to proceed in forma pauperis is GRANTED;

　　2.　　The Clerk of Court is DIRECTED to issue the following:

　　　　a.　　A summons; and

      b.    New Social Security Case Documents including Social Security USM-285 Forms;

3. Plaintiff DIRECTED to return a completed USM-285 form along with the other service documents identified in the attached "Instructions for Service of Social Security Appeals" document to the Clerk's Office within thirty days;

> OFFICE OF THE CLERK
> UNITED STATES DISTRICT COURT
> EASTERN DISTRICT OF CALIFORNIA
> 2500 Tulare Street, Room 1501
> Fresno, California 93721

IT IS SO ORDERED.

Dated: **November 15, 2016**     /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE