UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS NOMMENSEN,<br><br>            Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No.  1:16-cv-1442--BAM<br><br>**ORDER GRANTING PLAINTIFF'S EXTENSION OF TIME FOR USM FORMS ON OR BEFORE JANUARY 9, 2017**<br><br>(Doc. 9) |

Before the Court is Plaintiff Michael Nommensen's request for an extension of time to submit his USM-285 form and other service documents to the Office of the Clerk for the Eastern District of California. According to Plaintiff, he has experienced significant difficulty in retrieving a copy of his "conformed complaint" through the Court's PACER system based on the Court's procedure of restricting public access to social security filings.  (Doc. 9).  While on December 13, 2016, the Clerk's office agreed to send Plaintiff a copy of his filed complaint by U.S. mail, he needs an additional fifteen-day extension of time in order to receive delivery of his complaint and provide the Clerk's office with the required service documentation.

As Plaintiff is proceeding *pro se* and *in forma pauperis* in this matter, he is entitled to service of process by the United States Marshal. *See* Fed. R. Civ. P. 4(c)(3) ("At the plaintiff's request, the court   may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is

authorized to proceed in forma pauperis under 28 U.S.C. § 1915 . . . .").

Accordingly, for good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to submit his USM forms is GRANTED;

2. Plaintiff DIRECTED to return a completed USM-285 form along with the other service documents identified in the "Instructions for Service of Social Security Appeals" document to the Clerk's Office by **January 9, 2017**;

>  OFFICE OF THE CLERK
>  UNITED STATES DISTRICT COURT
>  EASTERN DISTRICT OF CALIFORNIA
>  2500 Tulare Street, Room 1501
>  Fresno, California 93721

3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

Dated:   **December 20, 2016**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE