Lawrence D. Rohlfing
Attorney at Law: 119433
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
MICHAEL NOMMENSEN

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NOMMENSEN | Case No.: 1:16-cv-01442-BAM |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Michael Nommensen and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 35 days from August 17, 2017, to September 21, 2017 for Plaintiff to file a opening brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended

///

-1-

accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel assumed responsibility of the matter on August 10, 2017, and needs additional time to fully orient the case in light of other responsibilities including an opening brief due to the Circuit Court next week.

DATE: August 17, 2017            Respectfully submitted,

LAWRENCE D. ROHLFING

BY: /s/ *Lawrence D. Rohlfing*
Lawrence D. Rohlfing
Attorney for plaintiff Mr. Michael Nommensen

DATE:  August 17, 2017           PHILLIP A.TALBET
United States Attorney

 /s/ *Michael K. Marriott*
BY: _____
Michael K. Marriott
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

## **Order**

Pursuant to the stipulation of the parties, and good cause appearing, Plaintiff is HEREBY GRANTED an extension of time to September 21, 2017, in which to file his Opening Brief in this matter.  All other deadlines set forth in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated:  **August 21, 2017**            /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE